UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSE GARCIA,

                           Plaintiff,

         -against-

SMITTY'S SUPPLY, INC., BIG 4 TRUCKING, INC.,
and VAUGHN VINING,

                         Defendants.
-------------------------------------------------------------------X

1:25-CV-07110-LLS

**DEMAND FOR JURY TRIAL**

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands trial by jury in this action of all issues so triable.

Dated: Queens, New York
        September 11, 2025

LEVY & BORUKH, PLLC

_David S. Levy_
David S. Levy, Esq.  (DS9740)
*Attorneys for Plaintiff*
8593 66th Avenue, 2nd Floor
Rego Park, NY 11374
(718) 433-9465 phone
(718) 433-9176 fax
dlevy@levyborukhlaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing Plaintiff's **DEMAND FOR JURY TRIAL** was electronically filed with the Clerk of Court using CM/ECF system that will automatically send email notification of such filing to the following attorney(s) of record:

Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
150 East 42nd Street
New York, New York 10017

This 11th day of September, 2025

*David S. Levy*
DAVID S. LEVY, ESQ.