ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
JOSE GARCIA,

Plaintiff,

25 Civ. 7110 (LLS)

- against -

ORDER

SMITTY'S SUPPLY, INC. et al.,

Defendants.
- - - - - - - - - - - - - - - - - - -X

It having been reported to the court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

Dated: New York, New York
July 22, 2026

Louis L. Stanton
LOUIS L. STANTON
U.S.D.J.